NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**U.S. BANCORP,**
*Appellant*

**v.**

**SOLUTRAN, INC.,**
*Appellee*

---

2016-1302

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2014-00076.

---

**JUDGMENT**

---

DEVAN V. PADMANABHAN, Winthrop & Weinstine, P.A., Minneapolis, MN, argued for appellant. Also represented by MICHELLE DAWSON.

ROBERT JAMES GILBERTSON, Greene Espel, PLLP, Minneapolis, MN, argued for appellee. Also represented by SYBIL LOUISE DUNLOP.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|   August 8, 2016   | /s/ Peter R. Marksteiner |
| :---: | :---: |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |